UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GOSZTYLA, | No. 2:22-cv-01706-DJC-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| A. JENKINS, | |
| Defendant. | |

Plaintiff filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 26, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 26, 2024, are adopted in full; and
2. Defendant's motion for summary judgment (ECF No. 33) is GRANTED, and the case is dismissed without prejudice;
3. The Clerk of Court is directed to enter judgment in favor of defendant Jenkins and close the case.

IT IS SO ORDERED.

Dated:  **September 27, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE